UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ADAM RICHARD KLYCZEK and
HOUSING OPPORTUNITIES MADE
EQUAL, INC.,

                  Plaintiffs,

v.

CATHERINE STRAMAGLIA SHANNON,

                  Defendant.

Case #15-CV-963-FPG

DECISION AND ORDER

*FILED DEC 18 2015 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

    Plaintiffs Adam Richard Klyczek and Housing Opportunities Made Equal, Inc. commenced this action against Catherine Stramaglia Shannon ("Shannon") pursuant to the Fair Housing Act, 42 U.S.C. § 3601 et seq., and the New York Human Rights Law, Executive Law § 290 et seq. The Complaint arises out of events that allegedly took place between April 2015 and July 2015. *See* ECF No. 1.

    Shannon is a Court Law Clerk employed by the United States District Court for the Western District of New York. In that role, she is not assigned to any one particular judge, but instead, works on cases for all of the district judges in the Western District of New York. Because of the close relationship between the judges of the Western District of New York and Shannon, recusal of all judges within the district is warranted. Accordingly, the Court hereby respectfully requests that the Chief Judge of the United States Court of Appeals for the Second Circuit designate and temporarily assign a district judge from the Northern District of New York to preside over this matter until its conclusion pursuant to 28 U.S.C. § 292(b).

A copy of this Order shall be transmitted to the Honorable Robert A. Katzmann, Chief Judge of the United States Court of Appeals for the Second Circuit, as well as the Honorable Glenn T. Suddaby, Chief Judge of the United States District Court for the Northern District of New York.

IT IS SO ORDERED.

DATED:   Rochester, New York
         December 18, 2015

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court